UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSHUA RAY HAZELTON,

    Petitioner,

v.

MICHAEL BURGESS,

    Respondent.

Case No.  2:25-cv-11734

Honorable Robert J. White

**ORDER GRANTING MOTION TO EXTEND DEADLINE FOR FILING MOTION FOR RELIEF FROM JUDGMENT (ECF No. 5)**

    This petition for writ of habeas corpus filed under 28 U.S.C. § 2254 was stayed for Petitioner to exhaust additional claims in the Michigan courts. (ECF No. 4). The order staying the case required Petitioner to file a motion for relief from judgment in the state trial court within 60 days. (*Id.* PageID.15).

    Before the Court is Petitioner's motion for an order extending that deadline. Petitioner asserts that he requires the transcript from a pretrial proceeding before he can file his post-conviction motion. Petitioner apparently seeks an indefinite extension of time to file his motion for relief from judgment until after he is able to obtain the missing transcript. (ECF No. 5, PageID.17).

    The Court may extend any time period specified in its orders for good cause. *See* FED. R. CIV. P. 6(b)(1)(A). The Michigan Court Rules allow for a trial court

1

to order expansion of the record *after* a defendant files his motion for relief from judgment. *See* Mich. Ct. R. 6.506(A), 6.507(A), and 6.508(B).   Petitioner therefore has the ability to make any arguments he has with respect to obtaining the missing transcript in the motion for relief from judgment itself.

    IT IS HEREBY ORDERED that Petitioner's motion is GRANTED in part. Petitioner shall have 60 days from the date of this order to file his motion for relief for judgment in the state court. Petitioner may make any request for the production of transcripts in the motion for relief from judgment.

    SO ORDERED.

                                                s/Robert J. White_____
                                                Robert J. White
                                                United States District Judge

Dated: September 8, 2025